## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER BROWN, )<br>)<br>Plaintiff, )<br>) Case No.: 13-CV–00723-JED-FHM<br>vs. )<br>)<br>CRTS, INC., )<br>a domestic for profit business )<br>corporation, )<br>)<br>Defendant, ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff and Defendant, and jointly dismiss all claims and counterclaims in the above-styled and numbered case, with prejudice, each party to bear their own attorneys' fees and costs.

Dated this 22nd day of May, 2015.

Respectfully submitted,

s/ David A. Warta
David A. Warta OBA #20361
Smolen, Smolen & ROytman, PLLC
701 South Cincinnati Ave
Tulsa OK 74119
918-585-2667
918-585-2669
davidwarta@ssrok.com
Attorney for Plaintiff

And

s/Kimberly Lambert Love*
Kimberly Love, OBA 10879
Robyn M. Funk, OBA 19810
Titus Hillis Reynolds Love

          Dickman & McCalmon  
First Place Tower  
15 E. 5th Street Ste 3700  
Tulsa OK 74103  
918-587-6800  
918-587-6822  
[klove@titushillis.com](mailto:klove@titushillis.com)  
[rfunk@titushillis.com](mailto:rfunk@titushillis.com)  
Attorney for Defendant  
*\*Signed by filing attorney with permission of non-filing attorney*